NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JENNIFER LYNN WALLACE,                    )
                                          )
              Petitioner,                 )
                                          )
v.                                        )       Case No. 2D18-2070
                                          )
STATE OF FLORIDA, DEPARTMENT OF           )
HIGHWAY SAFETY AND MOTOR                  )
VEHICLES,                                 )
                                          )
              Respondent.                 )
_____      )

Opinion filed December 19, 2018.

Petition for Writ of Certiorari to the Circuit
Court for the Twelfth Judicial Circuit for
Sarasota County; sitting in its appellate
capacity.

Jason Helfant of Law Office of Jason
Helfant, P.A., Wellington, for Petitioner.

Christie S. Utt, General Counsel, and
Mark L. Mason, Assistant General Counsel,
Tallahassee, for Respondent.


PER CURIAM.


              Denied.


CASANUEVA, MORRIS, and LUCAS, JJ., Concur.